1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

FREDDIE J. GRAYSON,                                      1:09-cv-01210-BAK_SMS-(HC)

12

      Petitioner,                                   ORDER GRANTING MOTION
TO PROCEED IN FORMA PAUPERIS

13

   vs.                                                      (DOCUMENT #3)

14

DARREL G. ADAMS,

15

      Respondent.

16

_____/

17

      Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18

28 U.S.C. § 2254.

19

      Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

20

prison trust account statement.   Examination of these documents reveals that petitioner is unable to

21

afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

22

See 28 U.S.C. § 1915.

23
24

IT IS SO ORDERED.

25

**Dated:   August 10, 2009**                         _____/s/ Sandra M. Snyder_____
UNITED STATES MAGISTRATE JUDGE

26
27
28